■ MARGARITA RODRIGUEZ, Appellant, v NEW YORK CITY BOARD OF EDUCATION et al., Respondents.—Orders, Supreme Court, Bronx County (Lewis Friedman, J.), entered January 27, 1992 and April 16, 1992, which, respectively, denied the petitioner's motions for leave to serve a late notice of claim, and for leave to renew and reargue its prior decision, unanimously affirmed, without costs.

The petitioner slipped from a chair while working at P.S. 32 in the Bronx on January 3, 1991. The petitioner completed a Comprehensive Accident Report and an Employee's Notice of Injury Report that day. On July 8, 1991, the petitioner filed a notice of claim, which the respondent disallowed as untimely. The IAS Court thereafter denied the petitioner's motion to file a late notice of claim. We agree.

While General Municipal Law § 50-e and Education Law § 3813 permit, on a proper showing, the filing of a late notice of claim, petitioner failed to proffer a reasonable excuse for the delay, and also failed to show that respondent had actual notice of the facts surrounding the accident, in particular the basis of the claim of negligence against it (see, Matter of Green v New York City Hous. Auth., 180 AD2d 586). Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BEST, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered July 12, 1990, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Ellerin, Wallach, Ross and Rubin, JJ.